| 1. Person Reporting (Last name, first, middle initial)<br><br>GINSBURG, RUTH B. | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>May 10, 2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  _X_ Annual  ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br><br>1/1/07 – 12/31/07 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Supreme Court of the United States<br>One First Street, NE<br>Washington, DC 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

[ ] NONE (No reportable non-investment income.)

| 1 See Attachment A | | $ |
|---|---|---|
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

1 See Attachment A

2

RECEIVED 2008 MAY 12 P 1:09 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | See Attachment B | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | See Attachment C | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | X | NONE (No reportable liabilities.) | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | 5/10/08 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1. Checking account – Morgan Guaranty Trust Co., NYC | | NONE | M | T | | | | | |
| 2. Checking account – (interest bearing) – PNC Bank, DC | A | INT. | K | T | | | | | |
| 3. JP Morgan Prime Money Market Fund | E | INT. | O | T | consolidation | 6/25 | O | A | consolidation accounts 3 and 4 into account 7 |
| 4. JP Morgan Prime Money Market Fund | D | INT. | N | T | consolidation | 6/25 | N | A | |
| 5. | | | | | | | | | |
| 6. JP Morgan Intermediate Tax Free Income Fund | E | INT. (and capital gains) | P1 | T | | | | | |
| 7. JP Morgan Prime Money Market Fund | F | INT. | P1 | T | consolidation | 6/25 | O | A | transferred accounts 3 and 4 to account 7 |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. Class A shares and Class B shares in AVI Holding Corp. | | NONE | J | W | | | | | |

| 1. | Income/Gain Codes: (See Col B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes (See Col C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | 5/10/08 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. 7.5472% general partner interest in Wegoma 1974 Associates, which holds a 1.08116% limited partnership interest in Starrett City Associates; this limited partnership constructed and operates a housing project in New York City. | D | p-ship distrib. | M | W | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | 5/10/08 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 15. 17.5% general partnership interest in Wegona 1975, which holds a 16.660% limited partnership interest in Regency III Associates which constructed and operates an apartment project in Richardson, TX | NONE | | J | W | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. TIAA/CREF Retirement Accounts (including IRA) (contributions made while law school professor and roll-overs to IRAs from other retirement accounts) | A and CREF portfolio appreciation (accrues in acct. prior to distribution) | INT. | P1 | T | partial distrib. | 11/1 | K | E | |
| 19. TIAA/CREF Retirement Accounts (including roll-overs to IRAs from other retirement accounts) | A and CREF portfolio appreciation (accrues in acct. prior to distribution) | INT. | P2 | T | partial distrib. | 11/1 | L | F | |
| 20. | | | | | | | | | |
| 21. Fried, Frank, Harris, Shriver & Jacobson (law firm); Value is cash balance retirement plan account at year end | B | INT. (accrues in acct. prior to retirement) | M | T | law firm contrib. | 3/31 | K | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | 5/10/08 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. Martin D. Ginsburg, P.C., a professional corporation (legal services) which is counsel to Fried, Frank, Harris, Shriver & Jacobson (Value is equity value of P.C. plus unfunded retirement account at year end) | salary (reflected in answer to Q III) | | P1 | U, W | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| GINSBURG, RUTH B. | 5/10/08 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32.  TIAA - CREF Mutual Funds | D | INT. DIV., Appreciation | M | T | | | | | |
| 33.  TIAA - CREF Mutual Funds | E | INT. DIV., Appreciation | O | T | | | | | |
| 34.  Loan secured by ███████ of French Civil Real Estate Company, ███████ Paris, France | E | INT. | O | T | | | | | |
| 35.  Loan secured by mortgage on ███████ property, ███████ Chicago, IL ███ | E | INT. | O | T | | | | | |

1  Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2  Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3  Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date ___May 10, 2008_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

GINSBURG, RUTH B.                                                    5/10/08

# **ATTACHMENT A**

III. Non-Investment Income

| Date | Source and Type | Gross Income |
|------|-----------------|--------------|
| 9/5/07 | Hofstra University School of Law (for participation as Distinguished Lecturer in Law School's summer program in Sorrento, Italy, July 23-31, 2007) | $8,500 |
| ▮ | Martin D. Ginsburg, P.C. (Professional Corporation —Law Salary) | — |
| ▮ | Georgetown University (Professor of Law — Salary) | — |

## ATTACHMENT B

IV. Reimbursements and Gifts

Travel in 2007 (air tickets, lodging, and meals provided by
organizations inviting Ruth Bader Ginsburg to participate
in professional or educational programs)

| | |
|---|---|
| Suffolk University<br>Law School<br>Boston, MA | January 26-28 - Lecturer at Centennial Joint Conference of<br>Lund University and Suffolk University |
| The Law Society<br>National Univ. of Ireland<br>Galway, Ireland; and<br>University Philosophical Soc'y<br>Trinity College<br>Dublin, Ireland | January 29-February 4 - Speaker at The Law Society; and<br>Honorary Patron and Lecturer of the Philosophical Society |
| Florida International<br>University College of Law | February 8-10 - Speaker at Dedication of the Rafael Diaz-<br>Balart Hall |
| Indiana University<br>School of Law<br>Indianapolis, IN | March 8-10 - James P. White Lecturer |
| The Association of the Bar<br>of the City of New York<br>New York, NY | March 13-14 - Panelist at Annual Justice<br>Ruth Bader Ginsburg Distinguished Lecture<br>on Women and the Law |
| University of Pennsylvania<br>Philadelphia, PA | May 13-14 - Honorary Degree recipient |
| U.S. Department of State<br>Paris, France<br>Brussels, Belgium | July 14-20 - Participant in U.S.-European Legal Exchange |
| University of Hofstra<br>School of Law<br>Hempstead, NY | July 21-August 2 - Distinguished Lecturer in summer program<br>in Sorrento, Italy |
| American Judicature Soc'y<br>Houston, TX | September 20-21 - Speaker at presentation of Edward J. Devitt<br>Distinguished Service to Justice Award to Carolyn Dineen King |

| | |
|---|---|
| American Judges Association Vancouver, BC | September 26-29 - Speaker at Annual Conference |
| North Carolina Bar Ass'n Women in the Profession Asheville, NC | October 18-20 - Keynote Speaker |
| Ahavath Achim Synagogue Atlanta, GA | October 21 - Leo and Berry Eizenstat Memorial Lecturer |

## ATTACHMENT C

V. Other Gifts

In the Fall of 1993 two Washington, D.C. city clubs, The University Club and The City Tavern Club, extended honorary memberships to me. In the Spring of 1996, the Lotos Club of New York City awarded me an honorary membership. An honorary member is not required to pay either dues or an initiation fee. None of these Clubs has been or is likely to be a litigant in the Court and membership was not invited to exploit my position as a Justice.

Advisory Opinion No. 47 (1975) of the Judicial Conference Advisory Committee, addressing complimentary memberships, concludes that (1) receipt of a complimentary membership is permitted under Canon 5C, and (2) the value of the membership, if in excess of $100, should be reported on the financial disclosure form as a permitted gift.

The University Club's 1993 initiation fee for a resident member 35 years of age or older was $4,000, and in 2007 monthly dues charged resident members 35 years of age or older were $165.

The City Tavern Club's 1993 initiation fee for a resident member was $625, and in 2007 monthly dues charged resident members were $189.

The Lotos Club's 1996 initiation fee for a nonresident member was $2,000, and in 2007 annual dues charged nonresident members was $1,436.

I designated the following:

$2,500 gift in lieu of compensation for teaching at Suffolk University Law School, January 26-28, 2007, designated to The Signature Theatre. The Law School is an accredited educational institution and a qualified charity under §501(c)(3) of the Internal Revenue Code.